UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MARLI BROWN and LACEY SMITH,<br><br>     Plaintiffs - Appellants,<br><br>  v.<br><br>ALASKA AIRLINES, INC. and ASSOCIATION OF FLIGHT ATTENDANTS-CWA AFL-CIO,<br><br>     Defendants - Appellees. | No. 24-3789<br><br>D.C. No.<br>2:22-cv-00668-BJR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CHRISTEN, LEE, and BRESS, Circuit Judges.

Judge Christen voted to grant the petition for panel rehearing and rehearing en banc. Judge Lee and Judge Bress voted to deny the petition for panel rehearing and rehearing en banc. The petition was circulated to the judges of the Court, and no judge requested a vote for en banc consideration. Fed. R. App. P. 40. The petition for panel rehearing and rehearing en banc, Dkt. 94, is denied.